UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MARYLAND, STATE OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and THE STATE OF WASHINGTON *ex rel*. RELATOR DOE<br><br>Plaintiffs,<br><br>vs.<br><br>HORIZON PHARMA PLC; HORIZON PHARMA, INC.; and HORIZON PHARMA USA, INC.;<br><br>Defendants. | Civ. Act. No. 18 Civ. 8971 (ER) |

## **ORDER**

Pursuant to the Relators' Notice of Dismissal and with the consent of the United States pursuant to 31 U.S.C. § 3730(b)(1) and the consent of States of New York, California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland,

Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia and Washington, the District of Columbia (collectively, the "*qui tam* states") pursuant to their respective false claims acts, the claims of the Relator are hereby dismissed with prejudice to the Relator and without prejudice to the United States and the *qui tam* states.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**RAMOS, J.**

Dated: New York, New York
August 15, 2025